been a gradual rise in the waters of the lake, I fail to see that the evidence shows that the dam is responsible for it. Judgment should be affirmed, with costs. I see no reason to write an opinion.

MAYHAM, P. J., concurs. PUTNAM, J., not acting.

---

### GORDON v. BECKER et al.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Action by John A. Gordon against Abram Becker and others.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion. Motion for leave to go to the court of appeals denied, without costs. See 24 N. Y. Supp. 1018.

---

### In re KELLOGG.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Application by Helen M. Kellogg for leave to intervene, etc.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
No opinion. Order affirmed, with $10 costs, with printing and other disbursements.

---

### LEOPOLD, Respondent, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Appellant.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Action by Charles Leopold against the president, managers, and company of the Delaware & Hudson Canal Company.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

W. F. Rathbone, (Lewis E. Carr, of counsel,) for appellant.
J. W. Houghton, for respondent.

HERRICK, J. This case arises out of the same accident as did the case of Fanny Leopold against the defendant, reported in 66 Hun, 628, 21 N. Y. Supp. 100; and while some additional witnesses testified in this case, I do not see that the facts are substantially different from what they were in the case of Fanny Leopold. In this case, as in that, there was a conflict of evidence both upon the question of the plaintiff's freedom from contributory negligence and upon the question as to whether the defendant was guilty of negligence; and there was evidence in the case from which the jury might infer the plaintiff's freedom from contributory negligence and the defendant's negligence. The case was fairly submitted to the jury by the court. I can see no error in the charge calculated to prejudice the rights of the defendant. Judgment should be affirmed, with costs. All concur.

---

### O'BRYAN, Appellant, v. CITY OF AMSTERDAM, Respondent.

(Supreme Court, General Term, Third Department. December 6, 1893.)

Action by Jane E. O'Bryan against the city of Amsterdam.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

A. B. Flansburg, for appellant.
Ed. J. Maxwell, for respondent.